■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS TORRES, Appellant. [32 NYS3d 495]—

Judgment, Supreme Court, New York County (Richard M. Weinberg, J., at plea; Diana M. Boyar, J., at sentencing), rendered August 27, 2014, convicting defendant of criminal possession of a controlled substance in the third degree, and sentencing him to a term of five years' probation, unanimously affirmed.

Defendant had the practical ability to withdraw his plea before sentencing, and his challenges to the validity of his plea do not come within the narrow exception to the preservation requirement (*see People v Conceicao*, 26 NY3d 375, 381-382 [2015]). We decline to review these unpreserved claims in the interest of justice. As an alternative holding, we find that the plea was knowing, intelligent, and voluntary, notwithstanding any deficiencies in the plea colloquy (*see People v Sougou*, 26 NY3d 1052 [2015]; *People v Tyrell*, 22 NY3d 359, 365 [2013]). Concur—Acosta, J.P., Renwick, Saxe, Richter and Gische, JJ.